UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   17-14050-CR-GRAHAM

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ANDRE JAMAAL WILLIAMS,
Reg. No. 74967-004,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on October 17, 2024.

**THE MATTER** was assigned to Magistrate Judge Shaniek Mills Maynard, on July 7, 2017. On February 6, 2025, Magistrate Judge Maynard issued a Report and Recommendation that found that the Defendant did not violate his term of supervised release with respect to the violation [D.E. 138]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Government filed timely objections to the Magistrate Judge's Report [D.E. 140] and the Defendant filed a timely Reply to the same [D.E 142].

The Court has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation on the violation set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety [D.E. 138].

CASE NO. 17-14050-CR-GRAHAM

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2025.

_____
**DONALD L. GRAHAM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record